United States District Court
for the District of Montana Great Falls Division

~~IN THE SUPERIOR COURT OF THE STATE OF ARIZONA~~

~~IN AND FOR THE COUNTY OF~~ Lewis and Clark

Case No. CD-22-98-TS-BMM ~~we will always try again tomorrow~~

Kenneth Flynn ~~[redacted]~~ Plaintiff,
owner Sherlock Storage
vs.

**NOTICE OF LIS PENDENS**

Holly Mohorocich (Et All) Defendant.
Trustee for the Mark Mohorocich Irrevocable Trust (Et Al)

RECEIVED
OCT 13 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

A.R.S. § 12-1191 (A)

Pursuant to A.R.S. § 12-1191(A) Notice is hereby given that:

1. An action has been commenced in the above-entitled court by the above-named Plaintiff against the named Defendant which action is now pending.

2. Plaintiff has reason to believe that the Defendant may own or have some interest in the property which may be subject to judgment and execution by reason of the within cause, and that such property is located at (property address) 2603 Industry Rd Missoula, MT 59808 ~~[redacted]~~ and more particularly described as follows:

[ Legal Description ] Lot 1 of Owen Minor Subdivision, a platted Subdivision in the City of Missoula, Montana, ~~Missoula County, Montana~~

3. The nature and object of the actions is: Missoula County Montana unlawful foreclosure Action.

4. The relief sought by Plaintiff in the action is: 8 million Dollars.

DATED this 13 day of October, 2022.

(Signature) K Jay Flynn
Kenneth J Flynn