United States District Court
for the District of Montana Great Falls Division

RECEIVED
OCT 31 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

Kenneth Flynn ~~~~~~~~ Plaintiff,
owner Sherlock Storage
vs.

Case No. CV-22-98 GF BMM

NOTICE OF LIS PENDENS

RECEIVED
OCT 13 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

Holly Mohorocich (EtAl) Defendant.
Trustee for the Mark Mohorocich Irrevocable Trust (Et Al)

A.R.S. § 12-1191 (A)

Pursuant to A.R.S. § 12-1191(A) Notice is hereby given that:

1. An action has been commenced in the above-entitled court by the above-named Plaintiff against the named Defendant which action is now pending.

2. Plaintiff has reason to believe that the Defendant may own or have some interest in the property which may be subject to judgment and execution by reason of the within cause, and that such property is located at (property address) 2603 Industry Rd Missoula, MT 59808, and more particularly described as follows:

   Legal Description  Lot 1 of Owen Minor Subdivision, a plated Subdivision in the City of Missoula, Montana, Missoula County Montana

3. The nature and object of the actions is: unlawful foreclosure Action

4. The relief sought by Plaintiff in the action is: 8 million Dollars

DATED this 13 day of October, 2022.

UNITED STATES OF AMERICA } ss
DISTRICT OF MONTANA

I, Tyler P. Gilman, Clerk of the United States District Court for the District of Montana, hereby certify that the above and forgoing is a true copy of the original now on file in my office.
Dated this 13th day of October 2022

TYLER P. GILMAN, Clerk
By _____ Deputy

(Signature)
Kenneth J Flynn