United States District Court of Montana Great Falls Division

~~UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT~~

RECEIVED OCT 31 2022 Clerk, U.S. Courts District of Montana Missoula Division

Form 27. Motion for **Supplement Amended Complaint to be Attached**

~~Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf~~

~~9th Cir. Case Number(s)~~ N/A

Case Name: Flynn v Christian, Marks and Mohrrach Et Al

Lower Court or Agency Case Number: N/A

What is your name? Kenneth J Flynn

1. **What** do you want the court to do?

   allow plaintiff to cure the deficiency (and) correct case numbers
   allow one additional defendant material to the claim
   allow additional supporting documents ~~sixteen~~ including Motion to
   ~~~~ Supplement Defendants information (Just one)

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Clerks office failed to allow marked Amended Complaint to be replaced
   By additional ~~small~~ hand delivered version with correct case numbers and
   Service page, a fifteen page attachment was slipped to be added by
   Clerk. The additional defendant is material to the failed
   Guardianship claim (previous Manager).

Your mailing address: Kenneth J Flynn

615 1st Ave PO Box 232

City: Goldfield   State: MT   Zip Code: 59525

Prisoner Inmate or A Number (if applicable): N/A

Signature: [signed]   Date: 10-31-22

*Feedback or questions about this form? Email us at forms_ca9@ca9.uscourts.gov*

Form 27                                                                New 12/01/2018

149 Amended Complaint

Ignored (Rule 15 Amended Complaint)

22-383

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 27. Motion for** Motion to Recuse & Disqualify Judge Jason Marks

DG-21-126

**Case Name** Flynn Guardianship

**Lower Court or Agency Case Number** 32-16-582

**What is your name?** Kenneth J Flynn    Public

1. **What do you want the court to do?** Judge Recuse Judge Marks & Defense Council
Disqualify Judge Jason Marks from adjudicating Kenneth Flynn in Case DG-21-126, also the defense Council has ignored his clients best interests and also requires the court to Recuse Michael Moree Defense Council/ Communication Breakdown with Client as well as Ignoring the Evaluation in the Set aside Motion!

2. **Why should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request.** (Attach additional pages as necessary. Your motion may not be longer than 20 pages.) No Jurisdiction !
Judge Marks order to enforce the Judgment is procedurally wrong and unjust. No probable Cause, No Notice, No Hearing before enforcing Arbitrary ordering the Guardianship, No notice to Flynns Mother, Sister, None of Flynns current medical providers were noticed of proposed guardianship. The Medical imposters from St Pats, Improper Medical Reports were used. Defense couldnot find the report that Judge Marks used to enforce a guardianship? Marke also ignored a Set asside of order of Guardianship! Marks ignored the Court ordered Style Gun Bishop Evaluation Flynn provided to the Court also Flynns Defense also ignored the evaluation that proved Flynn is Competent. Improper Venue Flynn

**Your mailing address:** resides in Whitefish also Falls Flynn Flynn is not a resident of Missoula!
# 6309 Hwy 93 South #3 Whitefish MT 59937
455 Massachusetts Ave NW #374, Washington DC 20001

**City** Washington DC   **State** DC   **Zip Code** 20001

**Signature** K Jay Flynn   **Date** 3-3-22

KJF

NAME: Kenneth J Flynn

MAILING ADDRESS: 455 Massachusetts AVE NW 4379 ~~Complaint~~
(Street or P.O. Box)
Washington DC 20001
(City/State/Zip Code)

PHONE NUMBER: 202-7710-2951  ~~Honorable~~

Or 6300 Hwy 93 S #3
White Fish MT 59937

(A Scheme to Minimize Flynns Income to Illeminate any Threat by him)

MONTANA 4th JUDICIAL DISTRICT COURT, Missoula COUNTY

Fallon S Flynn,
Petitioner/Plaintiff,

and

Kenneth J Flynn,
Respondent/Defendant.

Cause No.: DG-21-126

**AFFIDAVIT**

I, Kenneth J Flynn, hereby state as follows:
(PRINT your name)

I am the victim of a Malicious Guardianship Ordered by a Bias prejudice Judge Jason Marks. Also the defense Attorney who Marks insisted I have a needed because he insisted I was incompetent w/out a competency Medical Evaluation, I do have a Court ordered evaluation proving Competency, More Current and in the right form, Thou any Claims by Care provided from St Patrick's Hospital Current and in the right form, the defense and the Judge Ignored the examinations More Current that any Medical Report used against procedure enforcing Marks Order? I have not been Shown any Medical proof used to Claim I am Incompetent, No Notice of the petitions, No Hearing that allowed me to Contest this Guardianship w/th Evaluations!

Page 1
Affidavit

40

No Jurisdiction to adjudicate attyhn issue up
Improper Venue, I live in Flathead County (Marston)
The petitioner Lives in Galdfield MT (Hill County).
MCA Indicated the proper Venue must be where I
reside (Flathead County) not Missoula County. No Notice
before petitions were presented to me in the First
length Hearing that should have allowed me to prove
Competency w/ the Medical evaluation, Judge Marks and
later the defense Ignored the proper Medical Exam!
No proof of Incapacity, No notice, improper Venue, No Hearing!
The Judge is Obviously Biased and the defense Complc.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF MONTANA THAT ALL STATEMENTS AND INFORMATION CONTAINED IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

DATED this __3rd__ day of __March__, __2022__.
          (day)           (month)            (year)

_____
YOUR SIGNATURE

Kenneth J Flynn
PRINT YOUR NAME

Honored

Page 2

Affidavit
[Rev. November 2013]

Relatives / Required Notices:

Name: Fallen Flynn
Address: 400 West Broadway S-A 101-527
Missoula, MT 59802

Name: Audrey Flynn
Address: 30420 US Hwy 2
Kremlin, MT 59532

Name: Jack Flynn
Address: 102 Railroad Ave
Alberton, Montana 59820

Name: Janis Flynn
Address: 301 4th Ave
Havre, MT 59501

Name: Dr Christopher Jons MD
Address: 601 West Spruce Suite K
Missoula, MT 59802

Name: Thomas Gregg MD
Address: Staff Psychiatrist
Address: Warm Springs MT 59756

Name: Amy De Romano LCSW
Address: Partners in Home Care HBSC
2687 Palmer St Suite B
Missoula MT 59802

Clerk of XX
Name: Missoula County District Court 4th Dist
Address: 200 West Broadway
Missoula MT 59802

Name: Michael Marcus
Address: Public Defenders Office
610 Woody, Missoula MT 59802

Name: Herman D Lyle MD
Address: 205 6th Ave East
Kalispell, MT 59901

DATED (month) February (day) 24, 2022

Received → 3-3-2022
NJV

(Signature)

Kenneth J Flynn
(Printed Name)

Office of the Attorney General
215 N Sanders
Third Floor
Helena MT 59620

Certificate of Mailing (Set Aside)

© 2017 Family Court Self-Help Center

Flynns Knowledge of thy Minor Required extream measures to Quiet the Threat (wrote 2nd also used)

## FACTS AND ARGUMENT

A decision or order regarding this guardianship case was made during a hearing held on the _25_ day of _January_, 20_22_. Written notice of entry of the order or decision was served on the _25_ day of _January_, 20_22_.

The order or decision should be set aside because (*explain why the judge should reverse the order*) Fraud on the Court Rule 60(b)(3) False Claims by Health care professionals other than my Established Health Care current medical providers, Misrepresentation, Zur any St Patricks Providence Dr Christopher Jones is not a current health care provider, nor is Dr Thomas Gray (State Hospital) Any Information offered is not in the form of a reasonably Current medical Examination from Gray or Jones or Ammve Bemanicalew, Kenneth Flynn has not lived in Missoula Co. over six years, Misstatements by Fallon Flynn she is unaware of my Home in Whitefish, MT, and my Current Health Care providers are from Kalispell & Whitefish, she does not live at 1010 West Pine #304 McLa. She lives in Coldfoot MT or stays in Motels in MSLA. Flynn has been defamed by the False Claims by Fallons and the False Claims of the St Patricks facility & State Hospital Staff whose False Claims stating Incompetent w/o a reasonably current medical Evaluation is unacceptable, and Defamation and medical malpractice in violation of my Due Process rights, is guaranteed and the state rights in the 5th Amendment. It is a duty of the Court to protect the Record.

WHEREFORE, Petitioner respectfully requests that this Court grant this motion and for such other relief as the Court deems appropriate.

DATED _February 21_, 20_22_

_____(Signature)_____
Kenneth J Flynn
_____(Printed Name)_____

Motion to Set Aside (Guardianship)

NEO
Your Name: Kenneth J Flynn
Address: 6300 Hwy 93 S #2
City, State, Zip: Whitefish MT 59937
Phone: 202-910-2951
Email: Shadrah Storage 404 @ComastCsn
Self-Represented

Rule 15 Amended Complaint — Ignored Never filed

DISTRICT COURT

In the Matter of the Alledged Guardianship of the:
☒ Person
☐ Estate
☐ Person and Estate

CASE NO.: DG-21-126
DEPT: 4

of: Kenneth Flynn
(name of person who has a guardian)
Alledged  A Protected Person.

## NOTICE OF ENTRY OF ORDER

TO: The persons listed on the following page:

PLEASE TAKE NOTICE than an ORDER was entered in the above-entitled case on

(date Order was filed) _____, 20___. A true and accurate copy is attached.

DATED (month) _____ (day) _____, 20___.

_____
(Signature)

_____
(Printed Name)

Notice of Entry of Order

© 2017 Family Law Self-Help Center

1

ORDG

Your Name: Kenneth J Flynn
Address: 6300 Hwy 93 C #3
City, State, Zip: Whitefish MT 59937
Phone: 202-710-2851
Email: Sherlock.tsooge4u.Olympus.com
Self-Represented

*Handwritten annotations:* Rule 15 Amended Complaint Honored not filed

*Handwritten:* To Control Flynns income was to minimize any threat was the Theme

**DISTRICT COURT**

*Handwritten:* Alleged

In the Matter of the Guardianship of the:

☒ Person
☐ Estate
☐ Person and Estate

of: _____
(name of person who needs/has a guardian)
A Protected Person.

CASE NO.: DG-21-126
DEPT: 4
DATE OF HEARING: _____
TIME OF HEARING: _____

## ORDER GRANTING MOTION TO SET ASIDE ORDER OR JUDGMENT

It appearing to the satisfaction of the Court that a Notice of Hearing Regarding Motion to Set Aside Order or Judgment was issued setting the Motion to Set Aside Order or Judgment on the court calendar for hearing, and it appearing this matter having been heard by this Court on the date and time listed, and it appearing to the satisfaction of the Court that proper notice of hearing of this matter has been duly given in the manner required by law, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion to Set Aside Order or Judgment is granted. The Order dated (date of order) _____, 20___ shall be set aside.

DATED this ____ day of _____, 20___.

_____
DISTRICT COURT JUDGE

Submitted By: (your signature) ▶ _K. J. Flynn_
(print your name) _Kenneth J Flynn_

Order to Set Aside

© 2017 Family Law Self-Help Center

1

*Flynn v US*

> ...ADMISSION THAT THIS MOTION IS VALID. IF YOU HAVE CHILDREN FROM THIS RELATIONSHIP, THE COURT IS REQUIRED TO ORDER PAYMENT OF CHILD SUPPORT. THE AMOUNT OF CHILD SUPPORT CAN BE LARGE. IT NORMALLY CONTINUES UNTIL THE CHILD IS 18. YOU SHOULD SUPPLY THE COURT WITH INFORMATION ABOUT YOUR FINANCES. OTHERWISE, THE CHILD SUPPORT ORDER WILL BE BASED ON THE INFORMATION SUPPLIED BY THE OTHER PARENT.

*Rule 15 Amended Complaint*

COMES NOW (☒ check one) ☐ Guardian / ☐ Co-Guardian / ☐ Other *(your name and relationship to the ~~protected~~ Alledged person)* __Self; Kenneth Flynn__ and files this Motion to Set Aside Order or Judgment. This pleading is based upon the papers and pleadings on file and any evidence or argument heard at the time of the hearing on this matter.

*I Convinced not Filed*

### POINTS AND AUTHORITIES

#### I.

#### LEGAL AUTHORITIES

(b) **Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, etc.** On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation or other misconduct of an adverse party; (4) the judgment is void; or (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that an injunction should have prospective application. The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than 6 months after the proceeding was taken or the date that written notice of entry of the judgment or order was served. A motion under this subdivision (b) does not affect the finality of a judgment or suspend its operation. This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order or proceeding, or to set aside a judgment for fraud upon the court...

///

///

## DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ORDER OR JUDGMENT

Marks was used to maintain control over any Threat caused by Flynn Complaint

(Your name) __Kenneth J Flynn__, under penalty of perjury, states as follows:

1. I am the (☒ check one) ☐ Guardian / ☐ Co-Guardian / ☒ Other (your name and relationship to the ~~protected~~ Alledged person) __Self) Kenneth Flynn__ in the above-entitled action. I have personal knowledge of the facts contained in my motion and in this affidavit and am competent to testify to these facts. The statements in this motion and affidavit are true and correct to the best of my knowledge.

2. Additional facts to support my request to set aside the order or decision are: (write "N/A" if no additional facts)

A. 73 page filed Complaint to AGs office Helena Montana and pending review of 32-16-582 filed on 12-14-21. Two letters from current health care providers for Kenneth Flynn, Proof of Residence in Whitefish a illegal Eviction Notice in Winter no reasons given. State of Montana

I declare under penalty of perjury under the law of the ▓▓▓▓▓▓ that the foregoing is true and correct.

DATED __21st February__, 20__22__

I concurred not Filed

X __K J Flynn__
(Signature)
__Kenneth J Flynn__
(Printed Name)

(47)

Signed Dec-21-[?]   2-8-22

To the Honorable Judge Jason Marks

Todd & Michael Morse & I in my best interest legally after
a thorough review of the untrue misrepresented facts and
alleged conflict with Probst, Kopkee, Townsend you must
move to hear our response to set aside this action 1-29 ♱
I have researched the Mental Capacity act 2005 (MCA)
Drastic measures were used to stop Physus threat concerning Mental Rights
The medical statements in the petition are not in
accordance with the law. The medical interventions are
generally always unlawful in the absence of it[hi]s consent. My
Autonomy combined with the best interest of the
defendant are foremost. The guiding principle is
that an individual must be assumed to have capacity
unless it is established by an authorized medical
evaluations only the existing court ordered evaluation
that I agreed to participate in conducted by
Sara Boilen is legally acceptable in a court of
law. The 12-30-18 evaluation is the legal offered
Indication of capacity, for more current and included
plaintiffs                (participation)
                 in all participation and cooperation [redacted]

48 due to the Lack of sufficient understanding or capacity to make or communicate responsable decisions, concerning myself. This further states my Judgement is so impared that I am incapable of reasoning I am in need of Treatment! My Communication Skills are intact, no Mental Retardation mentioned in the evaluation by Boston. The Pitition further claims I have no ability to manage my business, proven Incorrect, I am Current as of When fallon took (payments) She fired the Manager, the payment has not been made for February, only $15,000 out of $25,000 has been collected as of 2-15-22. The bank closed my Sherlock Storage Account Illegally that was Linked to all electronic deposits, I was needed to set up an alternate account through my DC Bank yesterday last Friday (Feb 17th) fin fallon.

Hon. John W Larson
Fourth Judicial District Dept. 3
200 W. Broadway
Missoula, MT 59802
Tel: 406-258-4773
Fax: 406-258-4739

## MONTANA FOURTH JUDICIAL DISTRICT COURT

| IN RE THE SEARCH OF: | Case No.: SW-_____-_____ |
|---|---|
| A Black 2003 Chevrolet Silverado bearing Montana License Plate: CCN054 belonging to Fallon Flynn DOB:08/06/1991 | SEARCH WARRANT |

**THE STATE OF MONTANA TO TYLER THORNOCK AND MISSOULA POLICE DEPARTMENT:**

An *Application for Search Warrant* having been made before me, under penalty of perjury, stating that the Missoula Police Department has reason to believe that one or more of the following crime(s) have been committed in Missoula County, Montana:

**Assault on Peace or Judicial Officer (§ 45-5-210, MCA); Criminal Distribution of Dangerous Drugs (§ 45-9-101, MCA); Criminal Possession of Dangerous Drugs (§ 45-9-102, MCA); Criminal Possession of Drug Paraphernalia (§ 45-10-103, MCA); Criminal Possession With Intent to Distribute (§ 45-9-103, MCA); Obstructing Peace officer or Other Public Servant (§ 45-7-302, MCA); Tampering With or Fabricating Physical Evidence (§ 45-7-207, MCA);**

AND further providing that the evidence, contraband, or persons connected with the aforementioned crime(s) include:

**A handgun of unknown make, model, and caliber.**

**Dangerous drugs as defined by § 50-32-101, MCA, including but not limited to heroin, methamphetamine, cocaine, phencyclidine (PCP), 3,4-methylenedioxymethamphetamine (MDMA), lysergic acid diethylamide (LSD), and scheduled prescription drugs Drug Paraphernalia As Defined by & 45 10 101 MCA Including but Not Limited to Syringes Spoons Torches Foil Pipes Scales Vaporizers and Packaging Materials Firearms and Other Weapons Used to Protect Dangerous Drugs And/or Drug Distribution Activities Property Subject to Civil or Criminal Forfeiture Including Foreign and Domestic Currency Precious Metals Jewelry Stolen Property Cellular and Other Communication Devices Vehicles Guns and Other Weapons**

**Dangerous drugs, including but not limited to: heroin, methamphetamine, cocaine, marijuana, and other scheduled prescription drugs, which can appear in a number of different forms including but not limited to: pills, capsules, powder, and crystal**

Paraphernalia for packaging, processing, weighing, and distributing controlled substances, including but not limited to: scales, sifters, grinders, and heat-sealing devices

Paraphernalia for ingesting, smoking, injecting, inhaling, or otherwise introducing dangerous drugs into the human body, including but not limited to: syringes, spoons, torches, foil, cotton, pipes, and vaporizers

Cash, currency, and records relating to income and expenditures of money and wealth in relation to distribution of dangerous drugs, including but not limited to: money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers

Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of dangerous drugs, including but not limited to: books, records, receipts, notes, ledgers, and other papers relating to the distribution of dangerous drugs

Any cell phones, lap tops, or other electronic devices which are capable of accessing the internet for purposes of communication regarding illegal drug purchases or sales or otherwise storing ledgers, transaction histories, and GPS locations

Knives, Firearms, and other dangerous weapons capable of use to protect dangerous drugs and/or drug distribution activity

Cabinets, safes or other containers commonly used for securely storing dangerous drugs, weapons or paraphernalia

The contents of any cabinet, safe or other lockable container capable of storing dangerous drugs, drug paraphernalia, guns, holsters, magazines, and ammunition, whether or not said cabinet, safe or container is locked and must be opened by law enforcement

Bags, backpacks, purses, duffels, briefcases, luggage, or any other container commonly used to store personal belongings and/or dangerous drugs that may contain identifying information

Surveillance equipment and cameras

Property subject to civil or criminal forfeiture including foreign and domestic currency, precious metals, jewelry, stolen property, cellular and other communication devices, vehicles, guns, and other weapons

Dangerous drugs, including but not limited to: heroin, methamphetamine, cocaine, marijuana, and other scheduled prescription drugs, which can appear in a number of different forms including but not limited to: pills, capsules, powder, and crystals.

Packaging materials commonly used for drug possession.

Paraphernalia for ingesting, smoking, injecting, inhaling, or otherwise introducing dangerous drugs into the human body, including but not limited to: syringes, spoons, torches, foil, cotton, pipes, and vaporizers.

AND further providing that evidence, contraband, or persons connected with the aforementioned crimes may be found:

Within any and all containers, compartments, items, locations and areas in which the items sought could reasonably be found attached to and within a Black 2003 Chevrolet

Silverado bearing Montana License Plate: CCN054 belonging to Fallon Flynn DOB:08/06/1991.

IT IS HEREBY FOUND that sufficient probable cause exists to believe that the aforementioned crime(s) have been committed in Missoula County, Montana, and that the identified evidence, contraband, or persons connected with the crime(s) may be found at the location specified herein.

THEREFORE you are hereby commanded to serve this Search Warrant and to search the above described location for the property specified; and if the property is found there, to seize it, give a receipt for it, prepare a written inventory verified by you of the property seized, and bring the property before me, all in the manner required by law.

IT IS FURTHER ORDERED that all necessary and reasonable force may be used to serve this Search Warrant or to effect an entry into any building, property, or object to serve this Search Warrant, but any restraint or detention of the person served must be in the least restrictive manner that is consistent with the safety of the person serving the warrant and anyone assisting that person.

IT IS FURTHER ORDERED that the Missoula Police Department, may reasonably detain and search any person on the premises being searched at the time of the search, but must do so in the least restrictive manner that is consistent with the safety of the person serving the warrant and anyone assisting that person. The search of persons on the premises is: (1) for protection of the person serving the warrant and anyone assisting that person; or (2) to prevent the disposal or concealment of any evidence, contraband, or persons particularly described in the warrant.

DATED this 05 day of October, 2022

Digitally signed by HON. JOHN W LARSON
Date: 2022.10.05 08:29:16 MDT
Reason: Search Warrant Approval
Location: MONTANA FOURTH JUDICIAL DISTRICT COURT -- Missoula, MT

Hon. John W Larson