Amended Complaint CV-22-98-GF-BMM
(Supplement)
① United States District Court of Montana Great Falls Division
11-1-22

~~UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT~~

**Form 27. Motion for** | Supplement Amended Complaint

~~Instructions for this form:~~

~~9th Cir. Case Number(s)~~ | N/A

**Case Name** | Flynn v Christian, Marks and Mohorcich Et Al

**Lower Court or Agency Case Number** | N/A

**What is your name?** | Kenneth J Flynn

1. **What** do you want the court to do?

   allow plaintiff to cure the deficiency (and) correct case numbers
   allow one additional Defendant material to the claim
   allow additional Supporting documents ~~twelve~~ (Sixteen) including Motion to Supplement.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. (Attach additional pages as necessary. Your motion may not be longer than 20 pages.)

   Clerks office failed to allow Mailed Amended Complaint to be replaced By additional ~~small~~ hand delivered version with correct case numbers and Service page, a Fifteen page attachment was allowed to be added by Clerks. The additional defendant is material to the failed Guardianship Claim (previous Manager).

**Your mailing address:** Kenneth J Flynn
615 1st AVE PO Box 232
**City** Goldfield **State** MT **Zip Code** 59525

**Prisoner Inmate or A Number (if applicable)** N/A

**Signature** K J Flynn **Date** 10-30-22