Amended Complaint
(Supplement)
① United States District Court of Montana Great Falls Division

11-1-22

~~UNITED STATES COURT OF APPEALS~~
~~FOR THE NINTH CIRCUIT~~

Form 27. Motion for | Supplement Amended Complaint |

~~Instructions for this form:~~

~~9th Cir. Case Number(s)~~ | N/A |

Case Name | Flynn v Christian, Marks and Mohrovich Et Al |

Lower Court or Agency Case Number | N/A |

What is your name? | Kenneth J Flynn |

1. **What** do you want the court to do?

   allow plaintiff to cure the deficiency (and) correct case numbers
   allow one additional Defendant material to the claim
   allow additional supporting documents ~~twelve~~ (sixteen) including Motion to
   ~~———~~ Supplement.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Clerks office failed to allow Mailed Amended Complaint to be replaced
   By additional hand delivered version with correct case numbers and
   Service page, a fifteen page attachment was allowed to be added by
   Clerk. The additional Defendant is material to the failed
   Guardianship Claim (previous Manager).

Your mailing address: | Kenneth J Flynn |
| 615 1st AVE PO Box 232 |
City | Goldfield | State | MT | Zip Code | 59525 |

Prisoner Inmate or A Number (if applicable) | N/A |

Signature | K J Fly— | Date | 10-30-22 |

*Feedback or questions about this form? Email us at forms.ca9.uscourts.gov*

Form 27                                                        New 12/01/2018