BRIAN J. WEST
Chief Civil Deputy County Attorney
KIRSTEN H. PABST
Missoula County Attorney
200 West Broadway
Missoula, Montana 59802
406-258-4737
bwest@missoulacounty.us

Attorney for Defendants Kirsten Pabst and Shirley Faust

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| KENNETH JAY FLYNN,<br><br>        Plaintiff,<br>v.<br><br>KIRSTIN PABST, JASON MARKS, MICHAEL JOHN MORSE, FALLON S. FLYNN, AUSTIN KNUDSEN, JON TESTER, CALVIN T. CHRISTIAN, HOLLY M. MOHERCICH, SHIRLEY FAUST, THOMAS GRAY, CHRISTOPHER JONS, and JEFF WILSON,<br><br>        Defendants. | Cause No. CV-2022-98<br><br>**NOTICE OF APPEARANCE AND COUNTY DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS** |

    Defendants Missoula County Attorney Kirsten Pabst and Missoula County Clerk of District Court Shirley Faust hereby give notice that Brian J. West, Chief Civil Deputy County Attorney shall represent them.

    Both Defendants jointly move to dismiss the Complaint for failure to state a claim. A brief in support of their motion has been filed contemporaneously.

Dated this 22nd day of November, 2022

                */s/ Brian J. West*
                Brian J. West
                Chief Civil Deputy County Attorney