AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

Kenneth J Flynn
_____
Plaintiff(s)

v.   Civil Action No. CV-22-98-GF BMM

Calvin T Christian, Judge Jason Mates
Holly Moherocich (Et-Al)
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sherley Faust 200 West Broadway Missoula MT 59802

[RECEIVED NOV 01 2022 MISSOULA COUNTY SHERIFF-CIVIL]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se Kenneth J Flynn 615 1st AVE PO Box 232 Guildford MT 59525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **TYLER P. GILMAN**

Date: OCT 3 1 2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

Kenneth J Flynn
_____
Plaintiff(s)

v.  Civil Action No. CV-22-98-GF-BMM

Calvin T Christian, Judge Jason Marks
Holly Mohorocich (Et All)
_____
Defendant(s)

*RECEIVED NOV 01 2022 MISSOULA COUNTY SHERIFF - CIVIL*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kirsten Pabst 200 West Broadway St Missoula MT 59802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  TYLER P. GILMAN

Date: OCT 31 2022   _____
                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

*RECEIVED NOV 01 2022 MISSOULA COUNTY SHERIFF-CIVIL*

Kenneth JAY Flynn
_____
Plaintiff(s)

v.

Calvin T. Christian, Judge Jason Marks,
Holly M. Mohorocich Et-All
_____
Defendant(s)

Civil Action No. CV-22-98-GF BMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Calvin T Christian 310 West Pine St Missoula, Mt 59802
~~Home 443 Bayview Dr Polson mt 59860~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se Kenneth Jay Flynn 415 1st AVE, PO Box 232 Gildford, MT 59525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 3 1 2022

CLERK OF COURT    TYLER P. GILMAN

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

RECEIVED NOV 0 1 2022 MISSOULA COUNTY SHERIFF-CIVIL

Kenneth JAY Flynn
Plaintiff(s)

v.

Civil Action No. CV-22-98-GF-BMM

Calvin T Christian, Judge Jason Marks, Holly M Mohorocich (Et Al)
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Holly M Mohorocich accepted by Martin S King at 321 West Broadway Suite 300, Missoula MT 59502 Attorney for Defendant Mohorocich.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth J Flynn 615 1st AVE, PO Box 232 Geldford, MT 59525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    TYLER P. GILMAN

Date: OCT 3 1 2022

*Signature of Clerk or Deputy Clerk*