FILED

DEC 12 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

Affidavit & Motion of Default
_____
_____
_____
_____
_____
_____
_____
_____ [attachment if necessary].

[ ] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ a
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dated this 7th day of December, 2022.
        (date)            (month)          (year)

_____
Your Signature

### Certificate of Service   Affidavit & Motion of Default

I hereby certify that a true and correct copy of the foregoing ▓▓▓▓▓▓▓▓▓▓ Motion was served upon the opposing party(ies) on the 21 day of December, 2022 by the method and at the address as indicated below:

US District Court
          Name
125 Central Ave West
          Address
Great Falls, MT 59404
          City/State/Zip Code

[ ] U.S. Mail, first class postage prepaid
[X] Hand Delivery

DATED this 21 day of December, 2022.

_____
Your Signature

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Default of Defendant |

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | |

**Case Name** | Flynn v Pabst |

**Lower Court or Agency Case Number** | 22 98 6F BMM |

**What is your name?** | Kenneth J Flynn |

1. **What** do you want the court to do?

   Aknowledge Default of Defendant Zellon Flyn

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Defendant Zellon Flyn appointed Conservator in Fraudulent Guardianship failed to respond to the Amended Complaint, failed to defend her Self from false Statements, & Embezzelment Claim by plantiff/allowed by GD-21-126 Guardianship Case!

Your mailing address:

PO Box 232 / 615 1st AVE

City | Goldford | State | MT | Zip Code | 59525 |

(~~Prisoner Inmate A Number (if applicable)~~) N/A

Name   K Jay Flyn    Date  12-21-2022

NAME: Kenneth Flynn
MAILING ADDRESS: PO Box 232 / 615 1st AVE
(Street or P.O. Box)
Gilford MT 59525
(City/State/Zip Code)
PHONE NUMBER: 202-714-3428

MONTANA 9th (Dist) US Federal COURT, Cascade COUNTY

Kenneth Flynn, Petitioner/Plaintiff,
Pabst Et Al and
Fallon Flynn, Respondent/Defendant.

Cause No.: 22-98-GF-BMM

**AFFIDAVIT**

I, Kenneth Jay Flynn, hereby state as follows:
(PRINT your name)

Fallon Flynn Defendant has failed to respond to the Complaint or Amended Complaint. She has failed to address injuries caused to plaintiff for defamation of Character, false claims & Embezzlement. She was served on December 3rd 2022. TJ McDermott Sheriff Served by Loren Hochhalter Deputy

Page 1

A Copy of Service is Included

Requesting Default Judgement

for 1x10th of Claim 1.5 million

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF MONTANA THAT ALL STATEMENTS AND INFORMATION CONTAINED IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

DATED this __21__ day of __December__, __2022__
           (day)             (month)        (year)

_____
YOUR SIGNATURE

__Kenneth J Flynn__
PRINT YOUR NAME

# SHERIFF'S RETURN OF SERVICE

| | | |
|---|---|---|
| STATE OF MONTANA, | } | **OFFICE OF THE SHERIFF** |
| | } ss. | Case No. CV-22-98-GF-BMM |
| COUNTY OF MISSOULA | } | |

**I hereby certify,**
That I received the within summons on the 1st day of November, in the year 2022. That I personally served the summons on 3rd day of November 2022, upon **Shirley Foust**, upon **Fallon Sahara Flynn**, and upon **Kirstin Pabst** the defendants named therein, by delivering a copy of the Summons to each of them personally, in the County of Missoula.

That I personally served the summons on 4th day of November 2022, upon **Dr Christopher Jons**, upon **Jason Mark**, upon **Jeff Wilson** and upon **Holly M. Mohorococh** by serving her counsel, Martin S King, defendants named therein, by delivering a copy of the Summons to each of them personally, in the County of Missoula.

That I personally served the summons on 9th day of November 2022, upon **Calvin Christianson**, the defendant named therein, by delivering a copy of the Summons to the defendant, personally, in the County of Missoula.

That at the time when I served the summons upon the defendants, and at the same place I also served upon the defendants a copy of the complaint upon which the summons was issued by delivering a copy to the defendants personally.

TJ McDermott, Sheriff

Served by Loren Hochhalter, Deputy

_____

FLAT FEES $800.00

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

Kenneth J Flynn
_____
Plaintiff(s)

v.

Calvin T Christian, Judge Jason Marks,
Holly M Moharocich (Et All)
_____
Defendant(s)

Civil Action No. CV-22-98-GF-BMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fallon Flynn Missoula County Detention Center Missoula, MT,
address 2340 Mullan Road, previous homes, 1010 West Pine, 415 1st AVE Gold Find MT 59525
59802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth J Flynn 415 1st AVE PO Box 232 Gold Find MT 59525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **TYLER P. GILMAN**

Date: **OCT 3 1 2022**

*Signature of Clerk or Deputy Clerk*