FILED

DEC 1 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

Deny Motions to Dismiss
Affidavit Included
proof of Service to Defendants Included

_____ [use attachment if necessary].

[ ] ~~I request a hearing~~ ~~[ ] AT A LATER CONTINUED HEARING~~ and a
~~[ ] PROPOSED ORDER~~

Dated this 7th day of December , 20 22
    (date)         (month)        (year)

_____
Your Signature

### Certificate of Service Deny Motion to Dismiss

I herby certify that a true and correct copy of the ~~foregoing~~ ~~(Reply Brief)(Doc)~~ Motion
was served upon the opposing party (ies) on the 21 day of December
20 22 by the method and at the address as indicated below:

us District Court
_____
           Name

125 Central AVE West
_____  [ ] U.S. Mail, first class postage prepaid
         Address

Great Falls Mt 59404
_____  [X] Hand Delivery
   City/State/Zip Code

DATED this 21 day of December , 20 22

_____
Your Signature

[Rev. November 2013]

Page 2

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 27. Motion for** Deny Motions to dismiss

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** 22 - 98 - 6F - BMM

**Case Name** Flynn V Pabst

~~Agency~~ **Agency Case Number** 22 98 6F BMM

**What is your name?** Kenneth Flynn

1. **What** do you want the court to do?

Deny Defendants faust, Christians, Pabst and Mohovcich Motions to dismiss for Lack of Service process not provided to plaintiff

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

plaintiff was unaware of the above named defendants Motions to dismiss when filed. No Service of process. No new activity was recieved from electronic means when the above named defendants filed their motion to dismiss. plaintiff was not Allowed review of the Contents of the motions to dismiss when filed without Service of process. plaintiff Requests legal Service of process from the Four Defendants to respond Correctly to there motions to dismiss.

**Your mailing address:**

PO Box 232, 615 1st Ave

**City** Gold ForK **State** MT **Zip Code** 59525

~~Prisoner Inmate A Number (if applicable)~~

**Name** K A Flynn **Date** December 21, 2022

NAME: _Kenneth J Flynn_

MAILING ADDRESS: _Po Box 232 615 1st AVE_
(Street or P. O. Box)

_Gildford, MT_
(City/State/Zip Code)

PHONE NUMBER: _202-714-3428_

U S District Court 4th District MONTANA _____, Cascade COUNTY

| | |
|---|---|
| Kenneth Flynn<br>Petitioner/Plaintiff, | Cause No.: 22-98-GF-BMM |
| and | **AFFIDAVIT** |
| V<br>Kirstin Pabst Et Al<br>Respondent/Defendant. | |

I, _K J F_, hereby state as follows:
(PRINT your name)

I Served Kirstin Pabst, Sherlely Faust, Calvin T Christian & Holly Moharovich proof of Service Included in this affidavit, Served a copy of the Amended Complaint, as well as a Summons.

All Four defendants failed to Serve Kenneth Flynn the motions to dismiss with Certificate of Service when they filed there motion to dismiss's

Affidavit
[Rev. November 2013]



I have encluded the proof of
Service to Pybet, Faust, Chrintoa and
Moherovich with this affidavit

**I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF MONTANA THAT ALL STATEMENTS AND INFORMATION CONTAINED IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

DATED this __21__ day of __December__, __2022__
            *(day)*              *(month)*              *(year)*

_____
YOUR SIGNATURE

_____
PRINT YOUR NAME
Kenneth J Flynn

# SHERIFF'S RETURN OF SERVICE

STATE OF MONTANA,   }
                       } ss.
COUNTY OF MISSOULA  }

**OFFICE OF THE SHERIFF**
Case No.  CV-22-98-GF-BMM

**I hereby certify,**

That I received the within summons on the 1st day of November, in the year 2022.  That I personally served the summons on 3rd day of November 2022, upon **Shirley Foust**, upon **Fallon Sahara Flynn**, and upon **Kirstin Pabst** the defendants named therein, by delivering a copy of the Summons to each of them personally, in the County of Missoula.

That I personally served the summons on 4th day of November 2022, upon **Dr Christopher Jons**, upon **Jason Mark**, upon **Jeff Wilson** and upon **Holly M. Mohorococh** by serving her counsel, Martin S King, defendants named therein, by delivering a copy of the Summons to each of them personally, in the County of Missoula.

That I personally served the summons on 9th day of November 2022, upon **Calvin Christianson**, the defendant named therein, by delivering a copy of the Summons to the defendant, personally, in the County of Missoula.

That at the time when I served the summons upon the defendants, and at the same place I also served upon the defendants a copy of the complaint upon which the summons was issued by delivering a copy to the defendants personally.

**TJ McDermott, Sheriff**

Served by Loren Hochhalter, Deputy

_____

FLAT FEES $800.00

```
MIME-Version:1.0
From:MTD_CMECF@mtd.uscourts.gov
To:MTD_CMECF@mtd.uscourts.gov
Bcc:
--Case Participants: Gabrielle N. Gee (apayton@hallboothsmith.com, ereed@hallboothsmith.com,
ggee@hallboothsmith.com, kthompson@hallboothsmith.com, kwakefield@hallboothsmith.com,
lgournay@hallboothsmith.com), Rutherford B. Hayes (rutherford.hayes2@mt.gov), Martin S. King
(amccullough@wordenthane.com, ckjohnson@wordenthane.com, mking@wordenthane.com), Tyler M.
Stockton (nglover@boonekarlberg.com, sholbrook@boonekarlberg.com,
tstockton@boonekarlberg.com), Brian John West (bwest@missoulacounty.us,
drandall@missoulacounty.us), Kenneth Jay Flynn (sherlockstorage406@gmail.com), Judge Brian
Morris (bmm_filings@mtd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<2857428@mtd.uscourts.gov>
Subject:Activity in Case 4:22-cv-00098-BMM Flynn v. Pabst et al Motion to Dismiss
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Montana

## Notice of Electronic Filing

The following transaction was entered by Stockton, Tyler on 11/30/2022 at 3:53 PM MST and filed on 11/30/2022

| | |
|---|---|
| **Case Name:** | Flynn v. Pabst et al |
| **Case Number:** | 4:22-cv-00098-BMM |
| **Filer:** | Calvin T. Christian |
| **Document Number:** | 21 |

**Docket Text:**
**MOTION to Dismiss Tyler M. Stockton appearing for Defendant Calvin T. Christian (Stockton, Tyler)**

**4:22-cv-00098-BMM Notice has been electronically mailed to:**

Brian John West    bwest@missoulacounty.us, drandall@missoulacounty.us

Gabrielle N. Gee    GGee@hallboothsmith.com, apayton@hallboothsmith.com, ereed@hallboothsmith.com, kthompson@hallboothsmith.com, kwakefield@hallboothsmith.com, lgournay@hallboothsmith.com

Kenneth Jay Flynn    sherlockstorage406@gmail.com

Martin S. King     mking@wordenthane.com, amccullough@wordenthane.com, ckjohnson@wordenthane.com

Rutherford B. Hayes     Rutherford.Hayes2@mt.gov

Tyler M. Stockton     tstockton@booneKarlberg.com, nglover@boonekarlberg.com, sholbrook@boonekarlberg.com

**4:22-cv-00098-BMM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105468959 [Date=11/30/2022] [FileNumber=2857426-0] [a67df1d5278adcac2fcc7285ae199e581eb4cb2756ea334e7cafd5c5a9b52c87c6 25e89ee8a772254ff71cc62283eefef532f426eb169986743524a5e1e540ab]]