# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Amend Motions filed 12-12-22

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | 22-98-6F-BMM

**Case Name** | Flynn v Pabst

**Lower Court or Agency Case Number** | 22-98-6F-BMM

**What is your name?** | Kenneth Jay Flynn

1. **What do you want the court to do?** Correction Required

   Amend dates on Motion of Default and Motion to dismiss (Denyal) along with + Including Service + Affidavits a clarical Error (Change) from 12-21-22 to 12-12-22

2. **Why should the court do this?** Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Plaintiff made a clarical Error on all documents filed on 12-12-22, mistake of wrong date of 12-21-22, requesting accurate date of 12-12-22 to be reflected on Both default and Motion to dismiss (Denyal) due to no Service of process from Defendants. Concerning the Motions to dismiss Contents withheld from Plaintiffs.

**Your mailing address:**

PO Box 232, 415 1st AVE

**City** | Goldford  **State** | MT  **Zip Code** | 59525

**Prisoner Inmate or A Number (if applicable)** | N/A

**Signature** | K. J. Flynn  **Date** | 12-13-22

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                 New 12/01/2018