

Person Filing: Kenneth J Flynn
Address (if not protected): 615 1st AVE PO Box 232
City, State, Zip Code: Gildford, MT 59525
Telephone: 207-714-3428
Email Address: Sherlockstorage406@Gmail.com
ATLAS Number: _____
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

Kenneth J Flynn
Petitioner/Party A and

Kristin Pabst - Et Al
Respondent/Party B

Case No. CV-22-98-6F-BMM

**MOTION TO REINSTATE DISMISSED CASE**

This case having been dismissed in its entirety on 12-16-2022 (date)

_____, (your name) requests that the case be reinstated for the following reason(s): Christian, Pabst, Faust, Mahnugak v. F Flynn ("No Service") Plantiff Did not recieve Notice of Motions to dismiss. plantiff suffered from food poisoning on 12-12-22 No Intentions of Returning Summons Suppressed Supporting documentation Exculpitory separated from Motion to Supplement MSJA clerk 11-1-22

Dated this 16th day of January, 2023

Your Signature: K J Flynn
Printed Name: Kenneth J Flynn

(REQUIRED)
A copy of this document was mailed this date: January (Month) 16 (Date), 20 23 (Year)

To the following persons: (List name and address)

A Hatchul

Page 1 of 1


1C

Cause Number **CV-22-98-GF-BMM**

Complete this section so that it looks exactly like the Petition filed in your case.

Kenneth J Flynn
v
Kirsten Pabst Et=Al

In the: (check one):

Court Number _____

☒ District Court
☐ County Court at Law
☐ Justice Court (JP)

Cascade County, Montana

## Order on Motion to Reinstate Case on Docket

On _____ the Court considered the Motion to Reinstate Case on Docket filed by _____.
*Print your first, middle and last name.*

IT IS ORDERED that the order dismissing this case is set aside and that the case is reinstated on the docket of this Court, to the same effect as if it had never been dismissed.

SIGNED on _____    _____
JUDGE PRESIDING

Flynn v Pabst et al
(10)

Amended Complaint
"Reinstated Requested"

## CERTIFICATE OF MAILING

I certify that I deposited copies of the Notice of Entry ~~[redacted]~~ ~~[redacted]~~, addressed to the persons listed below on (month you mailed the forms)

16th (day) Jan, 2023.

**Plaintiff**
Name: Kenneth J Flynn
Address: 615 1st AVE Po Box 232
Guilford MT 59525

Name: _____
Address: _____

**Defendants & Defense Councils Mailed Reinstate Motion**

Name: Rutherford B Hayes — Council for
Address: Risk Mgt & Tort Def Division
Po Box 200124
Helena MT 59020
406-444-2985

Name: Bryan West / West Law Firm — Defense Council for
Address: 101 E Broadway St ~~MSLA 59802~~
MSLA MT 59802

Name: Tyler Stockton
Address: 201 West Main St Ste 300
Missoula MT 59802

Name: Martin S King — Defense Council for
Address: 321 West Broadway Ste 300
Missoula MT 59802

Gabriel N Gee (Halbrook Smith)
Name: ~~Dr Christopher Jans~~
Address: 101 Front St Ste 402
Missoula MT 59802

Name: Fallon Flynn (Pro Se)
1010 West Pine #304
MSLA MT 59802

Name: Judge Jason Marks
Michael J Morree
Jeff Wilson
A6 Auston Knudsen
☒ (Individual Capacity)

Name: Kirsten Pabst
Address: Shively Faust
☒ (Individual Capacity)

Name: Calvin T Christian
Address:
☒ (Individual Capacity)

Name: Holly Miliovich
Address:
☒ (Individual Capacity)

Name: Dr Christopher Jans
Address:
☒ (Individual Capacity)

_K. J. Flynn_
(Signature)
Kenneth J Flynn
(Printed Name)

Name _____
Address _____

Page 2 of 2 – Notice of Entry of Order