RECEIVED

FEB 0 3 2023

Clerk, U.S. District Court
District of Montana
Great Falls Division

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Request pleadings to be Liberally Construed

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | CV-22-98-GF-BMM

**Case Name** | Kenneth J Flynn V Kristen Pabst Et-All

**Lower Court or Agency Case Number** | DC-21-126

**What is your name?** | Kenneth J Flynn

**1.  What do you want the court to do?**

allow pro Se plantiff Kenneth Flynns pleadings to be
Liberally Construed.

**2.  Why should the court do this? Be specific. Include all relevant facts and law**
that would persuade the court to grant your request. *(Attach additional pages as*
*necessary. Your motion may not be longer than 20 pages.)*

pro Se plaintiff is deserving of Loberally Construdle pleadings,
Out of 10 defendents 5 are Attorneys with 1 Judge,
a view of Substantial Justice between the parties is
requered as well as Disregaurd of Error or defect not
effecting Substanced rights. Civil practice law &
Rules Article 30 §3026 Construction.

**Your mailing address:**

PO Box 232, 415 1st AVE

**City** | Gold fork | **State** | MT | **Zip Code** | 54525

Prisoner Inmate or A Number (if applicable) | N/A

**Signature** | K Jy Ft | **Date** | 2-2-23

*If you have questions about this form? Email us at forms@ca9.uscourts.gov*

Motion to Liberally Construe plaintiffs
pleadings   CV-22-98-6F BMM

[use attachment if necessary].

[ ] I ~~am filing this along REQUEST FOR CONTESTED HEARING~~ and a
~~[ ] ORDER~~

Dated this 2 nd day of February, 20 23
(date)        (month)          (year)

X C J Fly
*Your Signature*

## Certificate of Service   "Liberally Construed"

I herby certify that a true and correct copy of the f~~~~Motion
was served upon the opposing party (ies) on the 2 day of ~~~~
20 23 by the method and at the address as indicated below: February

us Distant Court of Montana Gf Division
_____ Name
125 Central AVE
_____ Address   [X] U.S. Mail, first class postage prepaid
Great Fals Mt 59404
City/State/Zip Code           [ ] Hand Delivery

DATED this 2 nd day of Febuary, 20 23.

X C J H
*Your Signature*

[Rev. November 2013]                                            Page 2